# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-3254

_____

STEVEN HARRIMAN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


May 6, 2024


PER CURIAM.

DISMISSED.

ROBERTS, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Steven Harriman, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.